IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BARBARA ANN WILLIAMS | * |
| Plaintiff, | * |
| vs. | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * CASE NO. 3:10-CV-07 (CDL) |
| | * |
| Defendant | * |

ORDER ON RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 20, 2011, is hereby approved, adopted, and made the Order of the Court.

After a thorough review, the objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 16th day of February, 2011.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE